## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 16CV9142

Plaintiff:
**Curtis Duggan**
vs.
Defendants:
**Credit One Bank, N.A.**

For: Marcus & Zelman, LLC

Received by Front Range Legal Process Service, Inc. on the 28th day of November, 2016 at 11:52 am to be served on **Credit One Bank, N.A., 585 Pilot Road, Las Vegas, NV 89119**. I, _ROGER PAYNE_, being duly sworn, depose and say that on the _29_ day of _NOVEMBER_, 20_16_ at _11:40_ a.m., executed service by delivering a true copy of the **Summons In A Civil Action; Complaint for Violations of the Telephone Consumer Protection Act and Demand for Jury Trial; Civil Cover Sheet**; in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(X) CORPORATE SERVICE: By serving _JANE LOWMAN_ as _PARALEGAL_.
( ) POSTING _____
(X) DESCRIPTION ) Age _40's_ Sex _F_ Race _B_ Height _5'7"_ Weight _150_ Hair _BLK_ Glasses _YES_
( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _29_ day of _NOVEMBER_, _2016_ by the affiant who is personally known to me.

NOTARY PUBLIC

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2020

PROCESS SERVER # _322_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2016008122

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

ORIGINAL