AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-09142-JGK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Convergent Outsourcing Inc.
was received by me on *(date)* 4/10/2017.

☒ I personally served the summons on the individual at *(place)* CT CORP, 505 Union Ave Suite 120 Olympia, WA 98501 on *(date)* 4/11/2017; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

*Julie Holmquist*
Server's signature

Julie Holmquist
Printed name and title
PSR# 12-1210-34

2441 114th Way SW Olympia WA 98512
Server's address

Additional information regarding attempted service, etc: