# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 1:16-CV-09142-JGK

Plaintiff:
**CURTIS DUGGAN**

vs.

Defendant:
**CREDIT ONE BANK, N.A. CONVERGENT OUTSOURCEING, INC. and IENERGIZER HOLDINGS, LIMITED**

For:
Marcus & Zelman, LLC
1500 Allaire Avenue - Suite 101
Ocean, NJ 07712

Received by Accel Process Service, Inc. on the 11th day of April, 2017 at 12:24 pm to be served on **FIRST CONTACT, LLC, 200 CENTRAL AVENUE 7TH FLOOR, ST.PETERSBURG, FL 33701**.

I, Matthew Pinelli Jr, being duly sworn, depose and say that on the **11th day of April, 2017 at 2:17 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, AMENDED COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **Heather Wilches** as **Authorized** for **FIRST CONTACT, LLC**, at the address of: **200 CENTRAL AVENUE 7TH FLOOR, ST.PETERSBURG, FL 33701**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 215, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B)(2).

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document Subscribed and Sworn to (or affirmed) to before me on the ___ day of _____, ____ by affiant, who proved to me on the basis of satisfactory evidence to be the person who appeared before me. Notary Signature: _____

**Matthew Pinelli Jr**
58948

Accel Process Service, Inc.
10485 Hazel Street
Largo, FL 33778
(727) 492-0651

Our Job Serial Number: DAT-2017001668

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i



DOLORES A TEDESCO
Notary Public - State of Florida
My Comm. Expires Sep 1, 2017
Commission # FF 018296