USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-12-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CURTIS DUGGAN,

        PLAINTIFF,

- AGAINST -

CREDIT ONE BANK, N.A., ET AL.,

        DEFENDANTS.

16-cv-9142 (JGK)

MEMORANDUM OPINION AND ORDER

---

**JOHN G. KOELTL, District Judge:**

The parties' motions for summary judgment were fully briefed on **February 2, 2018.** On **March 16, 2018,** the Court of Appeals for the D.C. Circuit decided ACA Int'l v. Fed. Commc'ns Comm'n, 885 F.3d 687 (D.C. Cir. 2018), which deals with issues central to this case.

By **June 19, 2018,** the parties should submit briefs of **no more than 7 pages** explaining what, if any, effect ACA Int'l has on this case.

SO ORDERED.

Dated: New York, New York
       June 11, 2018

                                                         John G. Koeltl
                                          United States District Judge