**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

February 21, 2019

**Via ECF**
Honorable U.S. District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **Curtis Duggan v. Credit One Bank, N.A. et al**
      **Civil Action No: 1:16-cv-09142-JGK**

Dear Judge Koeltl,

  The undersigned represents the Plaintiff in the above referenced matter.

  Please be advised that this matter has been settled as to the claims against Defendants Credit One Bank, N.A., Convergent Outsourcing, Inc. and First Contact, LLC. It is therefore respectfully requested that the matter be stayed for sixty days to allow the parties to finalize settlement details and submit a Stipulation of Dismissal.

  Defendant has consented to this request and is copied on this communication.

  Thank you.

            Respectfully Submitted,

            /s/ Yitzchak Zelman
            Yitzchak Zelman, Esq.
            MARCUS & ZELMAN, LLC

YZ/llh